82,780-01

WR-82,780-01

Tr. Ct. No. 24754 HC-1

Honorable Abel Acosta Clerk

Please find enclosed my Sworn Affidavit, and attach it to my previously filed 1107 for the Courts consideration.

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 23 2015

Abel Acosta, Clerk

Please & Thank You
Sincerly

David Caserta

C.C. File

WR-82,780-01
Tr. Ct. No 24754 HC-1

# Sworn Affidavit

On October 7th 2011 Lamar Co Sheriffs Deputy pulled me over for failure to signal a left hand turn. I was detained, searched, arrested and ticketed.

On October 11th 2011 I and my passenger were bonded out. At that time a Lamar Co. jailer by the name of Woodrum processed myself and Nicholas Triggs out. Officer Woodrum reissued me ticket #0987654. He would have testified to these facts then and will now. The record will and does reflect this as the ticket "Traffic Ticket Lamar Co." is listed in pink yellow and white. I was given the pink copy. (Woodrum was filling in for Jail Admin Woolford who was in Oklahoma attending a funeral.)

Deputy Anson Ames denied the existence of the ticket because he later realize I could prove it was impossible to make said violation, which would have changed the outcome of the Motion To Suppress, in my favor. I'm asking for an Evidentiary Hearing to prove material fact. See ground number 4 four pg 12 and 13 of my 11.07. ■

### Inmate's Declaration

I David Caserta #01836516 am presently incarcerated in the Bill Clements Unit, TDCJ-CID, declare under penalty of perjury that the facts stated above are true and correct.

*David Caserta*

David A Caserta 1836516
BC Unit 19-Y-52
9601 SPUR 591
Amarillo, TX 79107

Signed on 2-17-15
C.C. File